UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PELLEGRINI, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>TERRY L. RIZOR, et al.,<br><br>　　　　Defendants. | 1:08-cv-00509-AWI-SMS<br><br>ORDER VACATING HEARING ON THE MOTION OF DEFENDANTS' COUNSEL TO WITHDRAW AS ATTORNEY OF RECORD<br><br>**Vacated Hearing Date**:<br>**NOVEMBER 13, 2009**<br>**Time: 9:30 a.m.** |

ORDER DIRECTING MOVING COUNSEL TO SUPPLEMENT AND SERVE MOTION PAPERS AND FILE SUPPLEMENT AND PROOF OF SERVICE NO LATER THAN JANUARY 5, 2010

ORDER SETTING HEARING ON COUNSEL'S MOTION TO WITHDRAW

**New Hearing Date:**
**JANUARY 15, 2010**
**Time: 9:30 a.m**
**Courtroom: 7**

　　Plaintiffs are proceeding with a civil action in this Court. Pending before the Court is the motion of Roger M. Mason and Caitlin E. Kaufman of Sweeney, Mason, Wilson & Bosomworth to withdraw as counsel for Defendants Terry L. Rizor, Rizor RV, Inc., Tamyra J. Rizor, Goss RV, Inc., and American Motor Coach,

LLC.

Local Rule 83-182(d) requires that notice of such a motion be given to the client and that an affidavit of counsel state the current or last known address or addresses of the client and efforts made to notify the client of the motion to withdraw.

The pending motion was filed with proof of service only upon Defendant Terry L. Rizor, and with the required information given as to client Terry L. Rizor only. Accordingly, the motion fails to comply with the pertinent rules of the Court.

Because of these defects, the hearing on the motion, presently set for November 13, 2009, at 9:30 a.m., is vacated, and due to the press of business is reset for January 15, 2010, at 9:30 a.m.

Moving counsel ARE DIRECTED to supplement their motion as necessary in order to comply with all governing rules of court and to file such supplements no later than January 5, 2010.

**IT IS SO ORDERED.**

**Dated:    November 9, 2009**            /s/ Sandra M. Snyder
                                  **UNITED STATES MAGISTRATE JUDGE**