# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PELLIGRINI, et al., | CASE NO. 1:08-cv-00509-AWI-SMS |
| Plaintiffs, | |
| v. | ORDER DIRECTING ATTORNEYS TO RE-SERVE NOTICE OF MOTION AND MOTION TO WITHDRAW |
| TERRY L. RIZOR, et al., | |
| Defendants. | (doc. 25) |

Sweeney, Mason, Wilson & Bosomworth ("SMWB"), attorney for all five defendants, has moved to withdraw as counsel. Local Rule 83-182(d) provides, in pertinent part, "Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules." *See* Cal.R.P.C. 3-700(C)(1)(d) (permitting an attorney to withdraw from representation in a pending matter when the client "renders it unreasonably difficult for the member to carry out employment effectively" and Cal.R.P.C. 3-700(C)(1)(f) (permitting an attorney to withdraw from representation in a pending matter when the client "breaches an agreement or obligation to the member as to expenses or fees").

California's rules require the notice of motion and declaration to be served on the client and all other parties who have appeared in the case. Cal.R.Ct. 3.1362(d). If service is accomplished by mail, the attorney's declaration must set forth facts showing either (1) that the mailing address is the client's current residence or business address or (2) that the mailing address is the client's last known address and the attorney has been unable to locate a more

1

1    current address despite making reasonable efforts within the thirty days prior to making the

2    motion.  Cal.R.Ct. 3.1362(d); Form MC-052.

3            Robert E. Dunne's declaration indicates only that SMWB served defendant Terry Rizor.

4    The declaration does not report service on clients Tamyra Rizor, Rizor RV, Inc., Goss RV, Inc.,

5    or American Motor Coach, LLC.  Although the five clients reportedly designated Terry Rizor as

6    their contact person with SMWB, in light of the alleged breach of their agreement with SMWB,

7    the rules require service of SMWB's motion to withdraw as well as the date and time of the

8    motion hearing on each of SMWB's five clients.  This court cannot hear SMWB's motion until

9    such service has been made.  In the cases of Goss RV, Inc., and American Motor Coach, LLC,

10   SMWB must mail the notice of motion and motion to their respective agents for service of

11   process.

12           SMWB's motion for withdrawal is now scheduled before this court on March 26, 2010,

13   at 9:30 a.m.

14           Accordingly, it is hereby ORDERED that:

15   1.      Sweeney, Mason, Wilson & Bosomworth, attorney for all five defendants, to

16           serve this order and its notice of motion and motion for withdrawal, including the

17           date and time on which the motion shall be heard, on all five of its clients.

18   2.      Sweeney, Mason, Wilson & Bosomworth shall document its service on all five

19           clients by filing a declaration with the Clerk.

20   3.      Any defendant in this action may file its opposition to SMWB's motion in writing

21           with the Clerk of Court on or before March 12, 2010.

22

23   IT IS SO ORDERED.

24   **Dated:    January 14, 2010**            _____/s/ Sandra M. Snyder_____
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                                2