IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN PELLIGRINI, et al., ) | 1:08-cv-00509-AWI-SMS |
| ) | |
| Plaintiffs, ) | **ORDER TO SHOW CAUSE RE:** |
| ) | **DEFENDANTS' FAILURE TO** |
| vs. ) | **RETAIN LEGAL COUNSEL** |
| ) | |
| TERRY L. RIZOR, et al., ) | Date:  1/28/11 |
| ) | Time:  11:00 PST |
| Defendants. ) | Ctrm:  7 |

On October 6, 2009, Sweeney, Mason, et al., attorneys for Defendants Terry L. Rizor, Rizor RV, Inc., Tamyra J. Rizor, Goss RV, Inc., and American Motor Coach, LLC, filed a motion to withdraw as counsel, citing Defendants' failure to pay outstanding legal fees and to cooperate with counsel (Doc. 25). On January 25, 2010, Sweeney, Mason, et al., amended its motion and re-served the parties hereto (Doc. 34), in compliance with the Court's order of January 15, 2010 (Doc. 33)). On March 18, 2010, the Court granted the motion of Sweeney, Mason, et al., to withdraw as counsel for Defendants (Doc. 37).

However, on September 20, 2010, the Court issued an Amended Order, advising Pro Se Defendants that failure to take appropriate legal action may result in serious legal consequence, and that consideration of obtaining legal assistance is strongly advised; that a corporation may appear in the federal courts only through

1

licensed counsel, and that a president or shareholder may not represent a corporation in court but must retain appropriate licensed counsel; and, ordered Pro Se Defendants to retain counsel within thirty (30) days.  To date, Pro Se Defendants Terry L. Rizor, Rizor RV, Inc., Tamyra J. Rizor, Goss RV, Inc., and American Motor Coach, LLC, have not retained legal counsel as ordered by the Court.

**THEREFORE, IT IS HEREBY ORDERED**:

1.  That this matter is set for a hearing on January 28, 2011 at 11:00 a.m. PST in Courtroom No. 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge, for Pro Se Defendants' failure to comply with the Court's order of September 20, 2010, to retain legal counsel.  Pro Se Defendants may appear telephonically by calling Judge Snyder's chambers directly at (559) 499-5690.

2.  If Pro Se Defendants have any reasons for their failure to comply with the Court's order of September 20, 2010, to retain legal counsel, they shall be submitted by sworn declaration of facts on or before January 21, 2011, to which a supporting memorandum of law may be appended, and served on Plaintiffs by and through their legal counsel of record as follows:

| **Bonnie J. Anderson** | **Darryl J. Horowitt** |
|---|---|
| Anderson Law Offices | Coleman & Horowitt, LLP |
| 2525 Alluvial Avenue, Suite 121 | 499 W. Shaw, Suite 116 |
| Clovis, CA 93611 | Fresno, CA 93704 |

IT IS SO ORDERED.

**Dated:   December 14, 2010**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE