DARRYL J. HOROWITT #100898
C. FREDRICK MEINE III #203889
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Plaintiffs,
STEPHEN PELLEGRINI AND ANNE PELLEGRINI, individually
and as minority members of AMERICAN MOTOR COACH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| STEPHEN PELLEGRINI and ANNE PELLEGRINI, individually and as minority members of AMERICAN MOTOR COACH, LLC, a Montana Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>TERRY L. RIZOR, individually and as an officer and owner of RIZOR RV, INC., a California corporation; TAMYRA J. RIZOR, individually and as an officer and owner RIZOR RV, INC.; RIZOR RV., INC., a California corporation; GOSS RV., INC., a Delaware corporation; AMERICAN MOTOR COACH, LLC, Montana Limited Liability Company,<br><br>Defendants. | CASE NO.  1:08-cv-00509-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON** |

This Stipulation is entered into by and between Plaintiffs STEPHEN PELLEGRINI and ANNE PELLEGRINI ("Plaintiffs") and Defendants TERRY L. RIZOR and TAMYRA J. RIZOR ("Defendants"), on the following recitals, terms, and conditions:

**RECITALS**

A. On April 11, 2008, Plaintiffs commenced this action by filing their Complaint.

B. On May 30, 2008, Defendants filed their Answers.

C. On October 6, 2009, Sweeney, Mason, et al., attorneys for Defendants Terry L.

Rizor, Rizor RV, Inc., Tamyra J. Rizor, Goss RV, Inc., and American Motor Coach, LLC, filed a motion to withdraw as counsel.

D.   On March 18, 2010, the Court granted the motion of Sweeney, Mason, et al., to withdraw as counsel for Defendants.

E.   On September 20, 2010, the Court issued an Amended Order, advising Pro Se Defendants that a corporation may appear in the federal courts only through licensed counsel, and that a president or shareholder may not represent a corporation in court but must retain appropriate licensed counsel; and, ordered Pro Se Defendants to retain counsel within thirty (30) days.  Defendants Terry L. Rizor and Tamyra J. Rizor chose to represent themselves, while Defendants Rizor RV, Inc., Goss RV, Inc., and American Motor Coach, LLC, did not have that choice and did not retain legal counsel as ordered by the Court.

F.   On December 14, 2010, the Court issued a further order to show cause re the failure to retain legal counsel and set a hearing date of January 28, 2011.  The Court further ordered that any evidence of good cause had to be submitted by sworn declaration prior to January 21, 2011.  No sworn declarations were filed.

G.   On February 23, 2011, Plaintiffs filed a Motion to Strike the Answers of Defendants Rizor RV, Inc., Goss RV, Inc., and American Motor Coach, LLC.  The Motion was not opposed and the Motion was granted.

H.   In December 2010, Plaintiffs and Defendants Terry L. Rizor and Tamyra J. Rizor executed a settlement agreement which settled all claims between them.

I.   Based on the foregoing, the parties agree that all issues between them have been resolved and there is no need for further litigation or trial.

## STIPULATION

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties hereby stipulate and agree as follows:

1.   Paragraphs A through I of the Recitals hereof are fully incorporated herein.  The Recitals are intended and shall be deemed and construed to be a material and integral portion of this Stipulation.

2. Based on the execution of and performance under the settlement agreement between Plaintiffs and Defendants the Complaint filed by Plaintiffs may be dismissed, with prejudice, pursuant to FRCP Rule 41(a)(1).

3. All parties shall bear their own attorneys' fees and costs.

COLEMAN & HOROWITT, LLP

Dated: March 28, 2011     By: /s/ C. Fredrick Meine III
                              C. FREDRICK MEINE III
                              Attorneys for Plaintiffs,
                              STEPHEN PELLEGRINI and
                              ANNE PELLEGRINI

Dated: February _28_, 2011  By: /s/ Tamyra J. Rizor
                               TAMYRA J. RIZOR

Dated: February _28_, 2011  By: /s/ Terry L. Rizor
                               TERRY L. RIZOR

**ORDER**

The parties having stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed, with prejudice and that all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   March 28, 2011**          /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE